1 | BENJAMIN B. WAGNER
United States Attorney
2 | MICHELE BECKWITH
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900

6 | Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-MJ-291 KJN |
|---|---|
| Plaintiff, | MOTION TO DISMISS DEFENDANT MEGAN REAP |
| v. | |
| MEGAN REAP, | |
| Defendant. | |

Pursuant to Rule 48(a), and in the interest of justice, the government hereby moves to dismiss without prejudice defendant Megan Reap from the complaint in this case. See Fed. R. Crim. P. 48(a). The defendant does not object to this motion.

Dated: September 28, 2013                BENJAMIN B. WAGNER
                                         United States Attorney

                                         /s/ Michele Beckwith
                                         MICHELE BECKWITH
                                         Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MEGAN REAP,<br><br>　　　　　　　Defendant. | CASE NO.  2:13-MJ-291 KJN<br><br>[PROPOSED] ORDER |

　　　Based on the government's motion and good cause appearing therefrom, defendant Megan Reap is hereby dismissed from this case.

　　　SO ORDERED.

Dated:  September 30, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE